ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | CASE NO.: 1:23-CV-1853 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| | ) | |
| MATTHEW M. MOTIL, et al., | ) | REPORT OF PARTIES' PLANNING |
| | ) | MEETING UNDER FED. R. CIV. |
| Defendants. | ) | P. 26(f) AND LR 16.3(b)(3) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16:3(b)(3), a meeting was held on _____ and was attended by:

    _____ counsel for plaintiff(s)  _____

    _____ counsel for plaintiff(s)  _____

    _____ counsel for defendant(s)  _____

    _____ counsel for defendant(s)  _____

2. The parties:

    __ have not been required to make initial disclosures.

    __ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

___ Expedited            ___ Standard

___ Administrative      ___ Complex

___ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

    ___ Early Neutral Evaluation

    ___ Mediation

    ___ Arbitration

    ___ Summary Jury Trial

    ___ Summary Bench Trial

    ___ Case not suitable for ADR

5. The parties ___do/___do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636©.

6. Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

_____

_____

_____

(b) The parties (indicate one):

\_\_\_\_\_agree that there will be no discovery of electronically stored information; or

\_\_\_\_\_have agreed to a method for conducting discovery of electronically stored information; or

\_\_\_\_\_have agreed to follow the default standard for discovery of electronically stored information (Appendix K to Northern District Ohio Local Rules).

(c) Discovery cut-off date:_____

7.   Recommended dispositive motion date: _____

8.   Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

-9-

9.     Recommended date for a Status Hearing: _____

10.    Other matters for the attention of the Court:

_____

_____

_____

_____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____