# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | CASE NO. 1:23-cv-01853 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| MATTHEW M. MOTIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Civil Rule 3.1(b)(5), with the concurrence of Judge Jack Zouhary and the approval of Chief Judge Sara Lioi, this case shall be transferred to the docket of Judge Jack Zouhary to conduct all further proceedings.

**IT IS SO ORDERED.**

Dated: September 30, 2024        */s/ David A. Ruiz*
                                 **DAVID A. RUIZ**
                                 **UNITED STATES DISTRICT JUDGE**


Dated: September 30, 2024        */s/ Jack Zouhary*
                                 **JACK ZOUHARY**
                                 **UNITED STATES DISTRICT JUDGE**


**APPROVED:**                    */s/ Sara Lioi*
                                 **SARA LIOI**
                                 **CHIEF JUDGE**
Dated: September 30, 2024        **UNITED STATES DISTRICT COURT**