IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Securities and Exchange Commission,   Case No. 1:23 CV 1853

        Plaintiff,   <u>O R D E R</u>

    -vs-   JUDGE JACK ZOUHARY

Matthew M. Motil, et al.,

        Defendant.

Zoom Status Conference held on December 17, 2024.  Counsel present: John Timmer for Plaintiff; Olivia Gipson and Paul Flannery for Defendants Matthew Motil, North Shore Equity Sales LLC, and North Shore Equity Management LLC; Henry Hilow and James Wooley for Defendant Amy Doubrava Motil.

This Court inquired about the status of the related criminal case which now has a sentencing date of January 23, 2025.  Counsel agreed that a Joint Status Report will be filed by **Monday, March 10, 2025**.  A Zoom Status Conference will likely be set after submission of that Report.

IT IS SO ORDERED.

            s/ *Jack Zouhary*
    JACK ZOUHARY
    U. S. DISTRICT JUDGE

    December 18, 2024