UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| v. | ) ) | CASE NO. 1:23-CV-1853 |
| MATTHEW M. MOTIL, NORTH SHORE EQUITY SALES, LLC, d/b/a THE MARIE PAUL COMPANY, NORTH SHORE EQUITY MANAGEMENT, LLC, | ) ) ) ) ) | **JOINT STATUS REPORT AND MOTION FOR CONTINUANCE** |
| Defendants, | ) ) | |
| AMY DOUBRAVA MOTIL, | ) ) | |
| Relief Defendant. | ) | |

Now come Defendants Matthew M. Motil ("Mr. Motil"), North Shore Equity Sales, LLC, d/b/a The Marie Paul Company ("MPC"), North Shore Equity Management, LLC ("North Shore Management," and together with MPC, the "Companies," and together with Mr. Motil, the "Motil Defendants") and Relief Defendant Amy Doubrava Motil ("Mrs. Motil," and together with Mr. Motil and the Companies, the "Defendants") by and through their respective undersigned counsel, and hereby respectfully provide the Court with this status report and request a continuance of the Status Conference scheduled on July 10, 2025.

This Court ordered that a status conference be held on July 10, 2025. Since the entry of this Court's Order, Mr. Motil's sentencing was again continued and is currently scheduled for July 18, 2025. The continuance was issued at the sentencing Court's request as a result of a scheduling conflict.

To promote judicial economy, the Defendants respectfully request that this Court schedule the next joint status update or status conference after Mr. Motil is sentenced on July 18, 2025.

The Defendants assert that they will continue to provide this Court, and all parties, with updates on the progress of the criminal case and any other issues that may affect the resolution of this matter.

        Respectfully submitted,

        */s/ Paul M. Flannery*
        Paul M. Flannery (OH: 0091480)
        **Flannery | Georgalis, LLC**
        1375 E. 9th St., 30th Floor
        Cleveland, OH 44114
        (216) 466.0162
        paul@flannerygeorgalis.com

        *Attorney for Motil Defendants*

        */s/ Walter A. (Scott) Lucas*
        Walter A. (Scott) Lucas (OH: 0068150)
        Samuel J. Lauricia (OH: 0078158)
        **Weston Hurd LLP**
        1300 E. 9th St., Suite 1400
        Cleveland, OH 44114
        (216) 687.3244
        wlucas@westonhurd.com
        slauricia@westonhurd.com

        *Attorneys for Relief Defendant Amy Doubrava Motil*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

>*/s/ Paul M. Flannery*
>Paul M. Flannery (OH: 0091480)