# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | )<br>)<br>) |
|     Plaintiff, | )    JUDGE JACK ZOUHARY |
| v. | )<br>)    CASE NO. 1:23-CV-1853 |
| MATTHEW M. MOTIL,<br>NORTH SHORE EQUITY SALES, LLC, d/b/a<br>THE MARIE PAUL COMPANY,<br>NORTH SHORE EQUITY MANAGEMENT, LLC, | )<br>)<br>)    **JOINT STATUS REPORT**<br>)<br>) |
|     Defendants, | ) |
| AMY DOUBRAVA MOTIL, | )<br>) |
|     Relief Defendant. | ) |

Now come Defendants Matthew M. Motil ("Mr. Motil"), North Shore Equity Sales, LLC, d/b/a The Marie Paul Company ("MPC"), North Shore Equity Management, LLC ("North Shore Management," and together with MPC, the "Companies," and together with Mr. Motil, the "Motil Defendants") and Relief Defendant Amy Doubrava Motil ("Mrs. Motil," and together with Mr. Motil and the Companies, the "Defendants") by and through their respective undersigned counsel, and hereby respectfully provide the Court with this status report.

On July 18, 2025, Mr. Motil was sentenced in the criminal matter brought against him to 70 months imprisonment. (*See United States v. Matthew Motil,* NDOH Case No. 1:24-CR-00289). He was also ordered to pay significant restitution, in the amount of $5,040,862.49. In light of the foregoing, the parties are actively working toward a resolution of the instant matter. Accordingly, the Defendants respectfully request an additional thirty (30) days to seek to finalize a resolution. The Securities and Exchange Commission ("SEC") concurs with this request.

The Defendants assert that they will continue to provide this Court, and all parties, with any developments or issues that may affect the resolution of this matter.

Respectfully submitted,

*/s/ Paul M. Flannery*
Paul M. Flannery (OH: 0091480)
**Flannery | Georgalis, LLC**
1375 E. 9th St., 30th Floor
Cleveland, OH 44114
(216) 466.0162
paul@flannerygeorgalis.com

*Attorney for Motil Defendants*

/s/ *Walter A. (Scott) Lucas*
Walter A. (Scott) Lucas (OH: 0068150)
Samuel J. Lauricia (OH: 0078158)
**Weston Hurd LLP**
1300 E. 9th St., Suite 1400
Cleveland, OH 44114
(216) 687.3244
wlucas@westonhurd.com
slauricia@westonhurd.com

*Attorneys for Relief Defendant Amy Doubrava Motil*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Paul M. Flannery*
Paul M. Flannery (OH: 0091480)