UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW M. MOTIL, et al., <br><br> Defendants. | No. 23-CV-1853 (JSG) |

**JOINT STATUS REPORT**

Plaintiff Securities and Exchange Commission ("SEC"), Defendants Matthew M. Motil ("Mr. Motil"), North Shore Equity Sales, LLC, d/b/a The Marie Paul Company ("MPC"), North Shore Equity Management, LLC ("North Shore Management," and together with MPC and Mr. Motil, the "Motil Defendants") and Relief Defendant Amy Doubrava Motil ("Mrs. Motil"), by and through their respective undersigned counsel, hereby respectfully provide the Court with this status report.

Defendant Mr. Motil was sentenced on July 18, 2025, in the parallel criminal matter *United States v. Matthew Motil*, Crim. No. 24-cr-289 (N.D. Ohio). Plaintiff, the Motil Defendants, and counsel for Mrs. Motil have since reached an agreement in principle that would resolve this matter completely, without the need for judicial intervention.

As a matter of law, and as previously set forth in the Plaintiff's Unopposed Motion to Modify Case Management Conference Procedures (ECF No. 12), the SEC staff does not have authority to bind the SEC to a settlement and must submit a recommendation for the SEC

1

Commissioners' consideration. Counsel for Plaintiff is currently working to obtain the necessary approval from the SEC Commissioners to resolve this matter.

To give the SEC time to secure approval for the settlement, and to promote judicial economy, the parties respectfully request that the Court order that, on or before November 7, 2025, the SEC shall file a proposed final order or report to the Court why a proposed final order has not been filed.

Dated: August 29, 2025                                  Respectfully submitted,

/s/ *John B. Timmer*
John B. Timmer (D.C. Bar No. 997309)
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
T: (202) 551-7687
*Attorney for Plaintiff*

/s/ *Paul M. Flannery*

Paul M. Flannery (OH: 0091480)
Flannery | Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, OH 44115
Tel./Fax: (216) 466-0162
paul@flannerygeorgalis.com
*Attorney for Motil Defendants*

/s/ *Walter A. (Scott) Lucas*

Walter A. (Scott) Lucas (OH: 0068150)
Samuel Lauricia (OH: 0078158)
Weston Hurd LLP
1300 E. 9th St., Ste. 1400
Cleveland, OH 44114
Tel.: (216) 687-3244
Fax: (216) 621-8369
wlucas@westonhurd.com
slauricia@westonhurd.com
*Attorney for Relief Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *John B. Timmer*

John B. Timmer (D.C. Bar No. 997309)
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549
T: (202) 551-7687
Attorney for Plaintiff