

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**

100 F Street NE
Washington, DC 20549

**DIVISION OF ENFORCEMENT**

December 3, 2025

**Via E-mail**

Re: *SEC v. Matthew Motil*, 23-CV-1853 (N.D. Ohio)

Dear Mr. Flannery:

I write regarding the signed Consent of your client, Matthew Motil, dated August 22, 2025, relating to the proposed Final Judgment that the parties are submitting to the Court. This letter confirms the amendment of your client's Consent, reflecting an alteration to Paragraph 3(d). Specifically, it confirms that you and he consent to altering the proposed Final Judgment to require your client to pay disgorgement in the amount of $2,967,535, rather than $2,969,535, along with prejudgment interest of $340,395.77, rather than $340,625.19. The proposed Final Judgment continues to deem your client's obligation to make these payments satisfied by the entry of the forfeiture order in the related criminal case *United States v. Matthew Motil*, Crim. No. 24-cr-289 (N.D. Ohio).

Please indicate you and your client's understanding and acceptance of this amendment by signing this document and returning this letter to me.

Thank you for your prompt attention. If you have any questions, please feel free to give me a call.

Sincerely,

\_\_\_/s/_____

John B. Timmer

AGREED AND ACCEPTED

_____   Date : December 4, 2025

Paul M. Flannery
Counsel for Matthew Motil
1621 Euclid Avenue, Floor 20
Cleveland, OH 44115