Joint Stipulation is granted.
Case dismissed.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

January 13, 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW M. MOTIL, et al.,<br><br>Defendants. | No. 23-CV-1853 (JZ) |

### JOINT STIPULATION TO DISMISS, AND RELEASES

Plaintiff Securities and Exchange Commission (the "Commission" or the "SEC"), Defendants North Shore Equity Sales, LLC and North Shore Equity Management, LLC (collectively, the "Corporate Defendants") and Relief Defendant Amy Motil respectfully submit this joint stipulation.

**WHEREAS,** the Commission filed its complaint in this civil enforcement action (the "Litigation") on September 25, 2023.

**WHEREAS**, the Commission has filed a Consent Motion for Final Judgment as to Defendant Matthew Motil, which would completely resolve the case as to Defendant Matthew Motil.

**WHEREAS,** the Commission now seeks to dismiss the action against the Corporate Defendants and the Relief Defendant in the exercise of its discretion.

**WHEREAS,** the Commission's decision to seek dismissal of the action against the Corporate Defendants and the Relief Defendant does not necessarily reflect the Commission's position on any other case.

**WHEREAS,** by this stipulation, the Commission, the Corporate Defendants, and the Relief Defendant agree to have the Litigation against the Corporate Defendants and the Relief Defendant dismissed.

**NOW, THEREFORE,**

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Commission, the Corporate Defendants, and the Relief Defendant stipulate that this Litigation be dismissed with prejudice as to the conduct alleged in the Complaint through the date of the filing of this Stipulation, and without costs or fees to the parties.

2. Corporate Defendants, for themselves and any of their agents, attorneys, employees, or representatives, hereby waive and release:

   a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendants that in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

   b. Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

3. Relief Defendant, for herself and any of her agents, attorneys, employees, or representatives, hereby waives and releases:

   a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Relief Defendant that in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

  b.  Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

 4. Each of the undersigned represents that they have the authority to execute this stipulation on behalf of the party so indicated.

STIPULATED AND AGREED:

____/s/ John B. Timmer_____  
John B. Timmer  
timmerj@sec.gov  
SECURITIES AND EXCHANGE COMMISSION  
100 F Street NE  
Washington, DC 20549  
Tel: +1 (202) 551 7687  
Counsel for Plaintiff  
Dated: __January 12____, 2026

___/s/ Paul M. Flannery_____  
Paul M. Flannery  
paul@flannerygeorgalis.com  
FLANNERY GEORGALIS LLC  
1621 Euclid Avenue, Floor 20  
Cleveland, OH 44115  
Tel: +1 (216) 702 4463  
Counsel for Corporate Defendants  
Dated: ___December 2___, 2025

___/s/ Scott A. Lucas_____  
Scott A. Lucas  
WLucas@westonhurd.com  
Weston Hurd LLP  
1300 East 9th Street, Suite 1400  
Cleveland, OH 44114  
Tel: +1 (216) 687-3244  
Counsel for Relief Defendant  
Dated: __December 3_____, 2025

3